Comenity Bank
PO Box 182789
Columbus, OH 43218


Comenity Bank/Pier 1
PO Box 182789
Columbus, OH 43218


Credit One Bank NA
PO Box 98875
Las Vegas, NV 89193


Daniel M. Hornback c/o The Law Office of
3251 Steiner Street
San Francisco, CA 94123


De La Torre Properties, LLC c/o The Liti
111 N. Market Street, Suite 1010
San Jose, CA 95113


Francisco Javier De La Torre
7780 Waterville Road
San Diego, CA 92154


Kohls/Capone
N56 W 17000 Ridgewood Drive
Menomonee Falls, WI 53051


LVNV Funding LLC
PO Box 1269
Greenville, SC 29602


MCYDSNB
PO Box 8218
Mason, OH 45040

# UNITED STATES BANKRUPTCY COURT
## Northern District of California
## San Jose Division

In re: **Doria Yvette Frias**

**Debtors**

Case No. _____

Chapter **13**

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated: **August 28, 2018**      Signed: **/s/Doria Frias**

Dated: _____      Signed: _____

Signed: **/s//s/ William W. Winters**
**William W. Winters**
**Attorney for Debtor(s)**
**Bar no.: 302818**
**2930 Bowers Avenue**
**Santa Clara, California 95051**
**Telephone No: (408) 919-0088**
**Fax No: (408) 919-0188**

**E-mail address:**
**william@mlnariklaw.com**